```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____          │
│ DATE FILED: 7/28/09     │
└─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NORMAN L. COUSINS, DEBTOR-APPELLANT

No. 09 Civ. 1190 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Debtor-Appellant's July 24, 2009 letter requesting permission to file new opening and reply briefs in support of his appeal in this action. The request is denied. The appeal was fully submitted as of June 23, 2009, and no further submissions are authorized at this time.

SO ORDERED.

Dated:   July 28, 2009
         New York, New York

         _____
         RICHARD J. SULLIVAN
         UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Norman L. Cousins
310 Greenwich Street
New York, New York 10013

Michael Richard Perle
1265 Paterson Plank Road
Secaucus, New Jersey 07094